THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH W. MAZALEWSKI, Appellant.— Judgment of the County Court of Nassau County, convicting defendant of the crimes of rape in the first degree and assault in the second degree, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.